```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION
```

**N.R. SMITH, INC.**                                                                  **PLAINTIFF**

               **v.**                        **Civil No. 08-3055**

**MY ICIS, INC.**                                                                     **DEFENDANT**

**THE FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for ANB
Financial, N.A.**                                                                     **GARNISHEE**

## O R D E R

    Now on this 20th day of August, 2009, come on for consideration FDIC's **Motion To Supplement Notice Of Removal** (document #12) and **Motion To Stay Pending Exhaustion Of Statutorily Mandated Administrative Remedies** (document #13), and the Court, being well and sufficiently advised, finds that both motions should be granted.

    **IT IS THEREFORE ORDERED** that FDIC's **Motion To Supplement Notice Of Removal** (document #12) is **granted.**

    **IT IS FURTHER ORDERED** that FDIC's **Motion To Stay Pending Exhaustion Of Statutorily Mandated Administrative Remedies** (document #13) is **granted,** and this matter is hereby **administratively terminated** until ten days after the FDIC has tendered a final determination upon plaintiff's claim.  The parties are directed to notify the Court when that date is reached, if further judicial proceedings are required.

    **IT IS SO ORDERED.**

                                                                  /s/ Jimm Larry Hendren
                                                                **JIMM LARRY HENDREN
                                                                UNITED STATES DISTRICT JUDGE**