```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**N.R. Smith, Inc.**                                              PLAINTIFF

    v.                    Civil No. 08-03055

**MY ICIS, INC.**                                                 DEFENDANT

**THE FEDERAL DEPOSIT INSURANCE CORP.,**
**AS RECEIVER FOR ANB FINANCIAL, N.A.**                           GARNISHEE

### O R D E R

NOW on this the 18th day of August 2010, comes on for consideration the matter of the pending stay in this case. Specifically, on August 20, 2009, pursuant to the Motion to Stay Pending Exhaustion of Statutorily Mandated Administrative Remedies, the Court administratively stayed this case until 10 days after the FDIC has tendered a final determination on Plaintiff's claims.

It has been almost one year since the Court ordered the stay. The Court hereby directs the parties to notify the Court **within 10 days of the Court's order** of the status of this matter.

**IT IS SO ORDERED.**

                                                <u>/s/ Jimm Larry Hendren</u>
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE